527 F.2d 1389
 12 Fair Empl.Prac.Cas. 1472
 Ada A. BREEDLOVE, Plaintiff-Appellant,
v.
HOUSING AUTHORITY OF the CITY OF SWAINSBORO, GEORGIA, James
H. Morgan, Chairman, et al., etc., Defendants-Appellees.
 No. 74--3376.
 United States Court of Appeals,
Fifth Circuit.
 March 4, 1976.
 
 Fletcher Farrington, Savannah, Ga., for plaintiff-appellant.
 Julian H. Toporek, Savannah, Ga., Sidney B. Shepherd, Swainsboro, Ga., for defendants-appellees.
 Before WISDOM, COLEMAN and GEE, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment of the district court is affirmed.
 
 
 2
 The district court found 'as a matter of fact that Mrs. Breedlove being female did not determine and control the action taken by the Commission. . . .' Upon consideration of this finding and the full record, we hold that sex was not a factor in the Commission's employment decision. Any prima facie case of sexual discrimination was adequately rebutted. McDonnell-Douglas Corp. v. Green, 1973, 411 U.S. 792, 93 S.Ct. 1817, 36 L.Ed.2d 668.
 
 
 3
 Affirmed.